IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons, </br></br>　　　　　　　　　Plaintiff,</br></br>　　　v.</br></br>FUTURE PAYMENT TECHNOLOGIES, L.P. and JOHN DOES 1-10,</br></br>　　　　　　　　　Defendants. | Civil Action No.:  3:16-cv-03049</br></br>**CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, RUSSELL M. HOLSTEIN, PH.D., LLC., through its undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

RUSSELL M. HOLSTEIN, PH.D., LLC.,
individually and as the representative of a class of similarly-situated persons

By:  s/ Matthew N. Fiorovanti

Michael J. Canning
Matthew N. Fiorovanti
Giordano, Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey 07701-6777
Telephone:  732-741-3900 / Fax:  732-224-6599
Email:  mcanning@ghclaw.com
　　　　mfiorovanti@ghclaw.com

Brian J. Wanca
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500 / Fax:  847-368-1501
Email:  bwanca@andersonwanca.com

## CERTIFICATE OF SERVICE

    I hereby certify that on July 26, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/Matthew N. Fiorovanti